TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiffs,
Corina Parraz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Corina Parraz, | Case No.: 1:15-cv-00003-MCE-SAB |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| vs. | |
| Kings Credit Services; and DOES 1-10, inclusive, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendants with prejudice and with each party to bear its own attorneys' fees and costs.

Plaintiff                                  Defendant

*/s/ Trinette G. Kent*                      */s/ Ephraim Egan*

TRINETTE G. KENT                           EPHRAIM EGAN
Attorney for Plaintiffs                    Attorney for Defendant

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On March 23, 2015, I served a true copy of foregoing document(s): **STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE**.

**BY ELECTRONIC FILING:** I hereby certify that on March 23, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendants Kings Credit Services**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1   Executed on March 23, 2015.

2

3                                        By: ___/s/   Trinette G. Kent_____

4                                        Trinette G. Kent, Esq.
                                         Lemberg Law, LLC
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28